AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| YOEL WEISS | ) | Case No. 1:24-mj-00073 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* YOEL WEISS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1343 - Wire Fraud
18 USC 1957 - Unlawful Monetary Transactions
18 USC 1028A - Aggravated Identity Theft
15 USC 645(a) - False Statements to the Small Business Administration
18 USC 1512 - Witness Tampering
18 USC 1503 - Obstruction of Justice

Date: 09/18/2024

*Issuing officer's signature*

City and state: Harrisburg, Pennsylvania

Chief U.S. Magistrate Judge Daryl F. Bloom
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: YOEL WEISS
Known aliases: N/A
Last known residence: 545 Jefferson Avenue, Scranton, PA
Prior addresses to which defendant/offender may still have ties: 520 Jefferson Avenue, Scranton, PA; 800 Clay Avenue, Scranton, PA
Last known employment: Self-Employed
Last known telephone numbers: 718-541-5373
Place of birth: United States
Date of birth: 07/08/1982
Social Security number: 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
Height: 6' 0"   Weight: Approximately 225 lbs.
Sex: Male   Race: White
Hair: Black   Eyes: Hazel
Scars, tattoos, other distinguishing marks: Unknown

History of violence, weapons, drug use: None known

Known family, friends, and other associates *(name, relation, address, phone number)*: Sholam Weiss, uncle, unknown address and phone number; Rivka Stein, 1710 Elizabeth Street, Scranton, PA

FBI number:
Complete description of auto: Unknown

Investigative agency and address: IRS-CI; 409 Lackawanna Ave-Suite 600, Scranton, PA 18503

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A