# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 3:24-CR-00296 |
| YOEL WEISS, | (MEHALCHICK, J.) |
| Defendant. | |

## ORDER

**AND NOW**, this 14th day of July, 2025, for the reasons set forth in the Memorandum Opinion filed concurrently herewith, **IT IS HEREBY ORDERED** that Weiss's objection to the Presentence Investigation Report's conclusion that he be denied a decrease in his offense level for acceptance of responsibility is **OVERRULED**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**